**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRANDON DODD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MILFORD, )<br>)<br>Defendant. ) | C.A. No. 1:20-cv-01761-CJB<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED, by and between the parties to this action, through the undersigned counsel, and subject to approval by the Court, that the Complaint in this action is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| **ALLEN & ASSOCIATES** | **WEBER GALLAGHER SIMPSON STPALETON FIRES & NEWBY, LLP** |
| */s/ Michele D. Allen*<br>Michele D. Allen (#4359)<br>4250 Lancaster Pike, Ste. 230<br>Wilmington, DE 19805<br>michele@allenlaborlaw.com<br>302-234-8600<br>302-397-3930 (fax)<br>*Attorney for Plaintiff* | */s/ Kristen S. Swift*<br>Kristen S. Swift (#6077)<br>2 Penns Way, Suite 300<br>New Castle, DE 19720<br>kswift@wglaw.com<br>(302) 221-3298<br>(302) 221-3295 (fax)<br>*Attorney for Defendant* |

IT IS SO ORDERED, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE